**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

―――――――――

**No. 15-7973**

―――――――――

KENJAY ALBERT BROWN,

                Petitioner - Appellant,

     v.

JUSTIN ANDREWS,

                Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:15-hc-02200-F)

―――――――――

Submitted: May 11, 2017                          Decided: June 1, 2017

―――――――――

Before SHEDD, KEENAN, and FLOYD, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Kenjay Albert Brown, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenjay Albert Brown, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Brown v. Andrews*, No. 5:15-hc-02200-F (E.D.N.C. Dec. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*